UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>GOOD NIGHT NURSING AGENCY, LLC *et al.*,<br><br>　　　　　　　Defendants. | Civil Action No. 21-07666 (MAS) (LHG)<br><br>**ORDER** |

This matter comes before the Court on Plaintiffs Certain Underwriters at Lloyd's, London; Lloyd's Syndicate CGM 2488; Lloyd's Syndicate CSL 1084; Lloyd's Syndicate ARK 4020; Lloyd's Syndicate AES 1225; Lloyd's Syndicate SAM 727; and Lloyd's Syndicate AML 2001's (collectively, "Underwriters") unopposed Motion for Default Judgment against Defendant Good Night Nursing Agency, LLC ( "Nursing Agency"). (ECF No. 8.) The Court has carefully considered Underwriters' submissions and decides the matter without oral argument under Local Civil Rule 78.1. Accordingly, for the reasons set forth in the accompanying Memorandum Opinion, and other good cause shown,

　　　IT IS, on this <u>18th</u> day of April 2022, **ORDERED** as follows:

　　　1.　　The Court **GRANTS** Underwriters' Motion for Default Judgment. (ECF No. 8.)

　　　2.　　The Court declares under the Declaratory Judgment Act, 28 U.S.C. § 2201, that the Medical Facilities Professional, General and Employee Benefit Liability Policy, Policy No. 17B01333-486, effective May 24, 2018, to May 24, 2019, issued to Nursing Agency, is rescinded and void *ab initio*.

　　　3.　　The Clerk of the Court shall close this case.

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Michael A. Shipp
　　　　　　　　　　　　　　　　　　　　　　　　MICHAEL A. SHIPP
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE